STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ERIN A. CORNELL (CABN 227135)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7234
    erin.cornell@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 20-00045 WHO |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| ALEXANDER ORR, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Alexander Orr.

DATED: September 29, 2021                        Respectfully submitted,

                                                    STEPHANIE M. HINDS
                                                    Acting United States Attorney

                                                    /s/
                                                   THOMAS A. COLTHURST
                                                   Deputy Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 20-00045 WHO

1   Leave is granted to the government to dismiss the indictment against Alexander Orr.

4   Date: <u>October 13, 2021</u>

                                          HON. WILLIAM H. ORRICK
                                          United States District Judge

NOTICE OF DISMISSAL
No. CR 20-00045 WHO